IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-97 |
| | ) |
| JERMAINE DONYELL LANE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 5th day of May, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered April 17, 209, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, May 11, 2009 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:  Almon S. Burke, Jr.,
     Assistant United States Attorney

     W. Penn Hackney,
     Assistant Federal Public Defender

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation